UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EDDIE RIVERA,

    Plaintiff,

-vs-                                              Case No. 6:07-cv-1084-Orl-18KRS

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation. The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed, it is hereby

ORDERED that the report and recommendation of the magistrate judge is hereby **APPROVED**. The Court **REVERSES** the decision of the Commissioner and **REMANDS** the case for further proceedings. Furthermore, the Court directs the Clerk of the Court to issue a judgment consistent with its order and **CLOSE** the file.

It is SO ORDERED in Orlando, Florida, this ___ day of August, 2008.

G. KENDALL SHARP
Senior United States District Judge

Copies to:

Counsel of Record
United States Magistrate Judge